IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD KNUTSON,

       Plaintiff,

v.

GREGORY LEWIS, Warden,

       Defendant.

No. C 11-02706 CW (PR)

ORDER OF DISMISSAL WITHOUT PREJUDICE

    On June 6, 2011, Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. On the same day the action was filed the Clerk of the Court sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application. The Clerk sent Plaintiff a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed.

    On June 20, 2011, Plaintiff filed a completed in forma pauperis application but he failed to file a completed certificate of funds signed by prison officials. On July 14, 2011, the Clerk of the Court sent a second notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed certificate of funds signed by prison officials within thirty days or his action would be dismissed.

1   More than thirty days have passed and Plaintiff has not paid
2   the filing fee, submitted a signed certificate of funds or
3   otherwise communicated with the Court.
4   Accordingly, this action is DISMISSED WITHOUT PREJUDICE.
5   Plaintiff's <u>in forma pauperis</u> application is DENIED as incomplete.
6   The Clerk of the Court shall close the file.
7   IT IS SO ORDERED.
8   Dated: 9/7/2011                    _____
                                        CLAUDIA WILKEN
9                                       UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RONALD KNUTSON et al,

    Plaintiff,

v.

GREGORY LEWIS et al,

    Defendant.
_____/

Case Number: CV11-02706 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Knutson C-04763
B4-112
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531

Dated: September 7, 2011

    Richard W. Wieking, Clerk
    By: Nikki Riley, Deputy Clerk

3